1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARESE MARIE JOHNSON ARMSTRONG,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 1:21-cv-00341-DAD-BAM<br><br>ORDER GIVING EFFECT TO PARTIES' STIPULATION AND REMANDING CASE PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. No. 24) |

On April 29, 2022, the parties filed a stipulation agreeing to remand this case for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 24.) The parties agree that on remand, the Office of Hearing Operations will remand the case to an administrative law judge for a new decision and instruct the administrative law judge to re-evaluate the evidence and offer plaintiff the opportunity for a new hearing. (*Id.*)

Good cause appearing, and pursuant to the parties' stipulation, this case is hereby remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the parties' stipulation.

/////

/////

/////

1

1  The Clerk of the Court is directed to enter final judgment in favor of plaintiff, and against
2  defendant, reversing the final decision of the Commissioner.
3  IT IS SO ORDERED.

    Dated:  **May 2, 2022**           _/s/ Dale A. Drozd_
                                                                   UNITED STATES DISTRICT JUDGE